# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAM DEAN GLENN,<br><br>Defendant. | CR 24-09-BLG-SPW<br><br><br><br>ORDER |

Pending before the Court is the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 31).   For good cause being shown,

**IT IS HEREBY ORDERED** that the indictment in the above-captioned matter is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the trial in this matter set for July 29, 2024 at 9:00 a.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Defendant, Sam Dean Glenn, be released from the custody of the U.S. Marshals Service.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 13th day of June, 2024.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge